JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO MORENO MARTINEZ,<br>    Plaintiff,<br>    v.<br>UNKNOWN,<br>    Defendants. | CASE NO. 5:20-CV-2312-VAP (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Prosecution, **IT IS ADJUDGED** that the petition is dismissed and that this action is dismissed without prejudice.

DATED: February 4, 2021

HON. VIRGINIA A. PHILIPS
U.S. DISTRICT JUDGE